UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LILLIAN SORLIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:19-cv-01419 |
| v. | ) |
| | ) |
| SAM'S EAST, INC. and WAL-MART STORES, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing parties SAM'S EAST, INC. and WAL-MART STORES, INC., ("Defendants"), by counsel, hereby files this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Defendants, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, state as follows:

### VENUE

1. Removal to the Southern District of Indiana, Indianapolis Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Southern District of Indiana, Indianapolis Division, embraces the County of Marion, where the action was pending prior to the filing of this Notice of Removal.

### REMOVAL IS TIMELY

2. On March 11, 2019, the Defendants were served by certified mail with a Summons and Complaint for Damages in the above-entitled action at the offices of its registered agent for service

of process in Indiana, CT Corporation System. Therefore, removal is timely under 28 U.S.C. § 1446(b)(1).

## STATE COURT PROCEEDINGS

3. On March 6, 2019, Plaintiff filed her Complaint for Damages in the above-entitled action against Defendant in the Marion County Superior Court in the State of Indiana, Cause No. 49D02-1903-CT-009176, and is now pending therein.

4. On March 21, 2019 the Defendants filed an Attorney Appearance, Jury Demand and Motion for Enlargement of Time to File Responsive Pleading in the Marion County Superior Court in the above-entitled action.

5. On March 22, 2019, the Marion County Superior Court issued an Order Granting Defendant's Motion for Enlargement of Time to File Responsive Pleading, granting it a period of time through and including May 3, 2019 in which to answer or otherwise respond to Plaintiff's Complaint for Damages and/or any discovery including Request for Admissions that may have been filed with the Summons and Complaint for Damages.

6. No further proceedings have been had in the Marion County Superior Court.

7. Pursuant to S.D. Ind. L.R. 81-2(d), Walmart asserts that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

8. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

9. Plaintiff Lillian Sorlie is a citizen of the State of Indiana.

10. Defendant, Sam's East, Inc., an Arkansas corporation, is a wholly-owned subsidiary of Wal-Mart Stores, Inc. with a principal place of business in the State of Arkansas.

11. Defendant, Wal-Mart Stores, Inc. is a corporation organized under the laws of Delaware with a principal place of business in the State of Arkansas.

12. Because neither Defendant is incorporated in Indiana nor has its principal place of business in Indiana, then neither Defendant is a citizen of the State of Indiana for purposes of diversity jurisdiction.

13. There is complete diversity of citizenship between the parties named in this case.

14. Plaintiff's Complaint for Damages does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum or permit recovery of damages in excess of the amount demanded. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

   a. In the Complaint, Plaintiff alleges she sustained physical injuries. (Compl. ¶ 17).

   b. Plaintiff contends she has incurred medical expenses and other costs. (Compl. ¶ 18).

   c. In addition, Plaintiff claims to have experienced physical pain, mental anguish, and the loss of enjoyment of life from her personal injuries. (Compl. ¶ 19).

   d. Plaintiff has advised Defendants via her counsel that she suffered a fractured tailbone as a result of her fall on the store premises.

   e. Plaintiff's counsel has refused to enter into a stipulation regarding the amount in controversy in this case, implying that the amount in controversy for Plaintiff exceeds $75,000, exclusive of interest and costs.

15. Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs. Therefore, Defendants have a good-faith estimate that the amount in controversy exceeds $75,000 based upon the information provided. *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006); *see also Workman v. United Parcel Service, Inc.,* 234 F.3d 998, 1000 (7th Cir. 2000).

16. This state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## **STATUTORY REQUIREMENTS**

17. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached and includes the State Court Record as of the date of this Notice of Removal, including the following: Plaintiff's Appearance, Complaint for Damages and Request for Jury Trial, Summons, Certificate of Issuance of Summons, Service Returned served, Defendants' Appearance, Motion for Enlargement of Time to File Responsive Pleading, and Order granting the same.

18. A copy of this Notice of Removal has been filed in the Marion County Superior Court and Plaintiff has been served with both this Notice of Removal and the Notice to Clerk of Filing Notice of Removal.

19. Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

WHEREFORE, removing parties SAM'S EAST, INC. and WAL-MART STORES, INC., by counsel, respectfully request that the above-entitled action be removed from the Marion County Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

**LEWIS WAGNER, LLP**

By:    */s/Lesley A. Pfleging*
      LESLEY A. PFLEGING, #26857-49A
      KATHERINE L. ENGLISH, #35219-49
      ***Counsel for Defendants***

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2019, a copy of the foregoing **Notice of Removal** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Nicholas J. Wagner
STEWART & STEWART
931 South Rangeline Road
Carmel, IN 46032
nicholas@getstewart.com
***Counsel for Plaintiff***

By:   */s/Lesley A. Pfleging*
      LESLEY A. PFLEGING

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:   317-237-0500
Facsimile:   317-630-2790
lpfleging@lewiswagner.com
kenglish@lewiswagner.com

{0019081/0068/01832259 v1}