UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LILLIAN SORLIE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:19-cv-01419-MPB-JMS |
| SAM'S EAST, INC. and WAL-MART STORES, INC., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, LILLIAN SORLIE, and Defendants, SAM'S EAST, INC. and WAL-MART STORES, INC., by counsel, hereby stipulate and agree that the above-entitled cause of action should be dismissed, with prejudice, the same being fully compromised and settled, costs paid.

STEWART & STEWART                    LEWIS WAGNER, LLP


By: /s/*Nicholas J. Wagner*          By: /s/ *Lesley A. Pfleging*
    NICHOLAS J. WAGNER, #30185-84        LESLEY A PFLEGING, #26857-49A
    DARRON S. STEWART, #21114-29         **Counsel for Defendants**
    **Counsel for Plaintiff**

{0019081/0068/01853156 v1}