UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LILLIAN SORLIE, | ) |
| Plaintiff, | ) ) ) |
| | ) CASE NO.: 1:19-cv-01419-MPB-JMS |
| v. | ) ) |
| SAM'S EAST, INC. and WAL-MART STORES, INC., | ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

Plaintiff, LILLIAN SORLIE, and Defendants, SAM'S EAST, INC. and WAL-MART STORES, INC., by counsel, having filed their Stipulation of Dismissal and the Court being duly advised, it is therefore, ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against the Defendants be, and the same is hereby dismissed, with prejudice, the same being fully compromised and settled, costs paid.

SO ORDERED.

Date: March 18, 2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-Registered Counsel